The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEPHANIE HADLEY, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>FOSTER FARMS LLC, a Washington limited liability company; FOSTER POULTRY FARMS DBA FOSTER POULTRY FARMS INCORPORATED, a Washington corporation;<br><br>      Defendants. | NO. 3:20-cv-05715-BJR<br><br>**STIPULATION ORDER OF DISMISSAL OF DEFENDANT FOSTER FARMS LLC** |

## STIPULATION

The parties to this action, by and through their undersigned counsel of record, hereby stipulate to the dismissal of defendant Foster Farms LLC from this action. This stipulation is made pursuant to Fed. R. Civ. P. 41(a)(1) and defendants Foster Farms LLC's and Foster Poultry Farms Incorporated's representation that Foster Farms LLC was not plaintiff's employer and is not a necessary party to this action. This stipulation does not affect plaintiff's claims with respect to defendant Foster Poultry Farms Incorporated.

//

1  SO STIPULATED.

DATED this 26th day of October 2020.

By: *s/Aubrie D. Hicks*                          By: *s/Helen M. McFarland*

Aubrie D. Hicks, WSBA No. 46446          Helen M. McFarland, WSBA No. 51012
DOBSON HICKS, PLLC                       Amanda J. Hailey, WSBA No. 51166
2150 N. 107th Street,                    SEYFARTH SHAW PLLC
Ste. 440 Seattle, WA 98133               999 Third Avenue, Ste. 4700
P: 206-492-5183                          Seattle, WA 98104
F: 206-691-8709                          P: 206-946-4910
E: aubrie@dobsonhicks.com                E: hmcfarland@seyfarth.com
**Attorney for Plaintiff**               E: ahailey@seyfarth.com
                                         **Attorneys for Defendant**

By: *s/Conrad Reynoldson*

Conrad Reynoldson, WSBA No. 48187
WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
P: 206-428-3558
E: Conrad@wacda.com
**Attorney for Plaintiff**

2

# **ORDER**

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED this 26th day of October 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge