THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| STEPHANIE HADLEY, an individual, | ) | NO. 3:20-cv-05715 |
| Plaintiff, | ) ) ) | **STIPULATED REQUEST AND ORDER TO EXTEND APRIL 7, 2021 DISCOVERY CUT-OFF BY THREE WEEKS** |
| v. | ) ) ) | |
| FOSTER FARMS LLC, a Washington limited liability company; FOSTER POULTRY FARMS DBA FOSTER POULTRY FARMS INCORPORATED, a Washington corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Stephanie Hadley and Defendant Foster Poultry Farms jointly request that the Court extend the April 7, 2021 discovery cut-off to April 28, 2021. Good cause exists to modify this deadline to allow the Court sufficient time to consider and resolve the Parties' discovery disputes. A discovery conference was originally scheduled for April 5, 2021. On April 5, 2021, the Court vacated the conference and requested briefing on the discovery disputes by April 8, 2021. [Dkt. 21].

IT IS SO STIPULATED.

//

//

STIPULATED REQUEST AND ORDER TO
EXTEND DISCOVERY CUT-OFF - **1**
(CASE NO. 20-CV-05715-BJR)

1  WASHINGTON CIVIL & DISABILITY ADVOCATE

2  By: */s/ Conrad Reynoldson*
       Conrad Reynoldson, WSBA #48187
3      Washington Civil & Disability Advocate
       4115 Roosevelt Way NE, Suite B
4      Seattle, WA 98105
       P: 206-428-3558
5      E: Conrad@wacda.com
       *Attorney for Plaintiff*
6
7  DOBSON HICKS PLLC

8  By: */s/ Aubrie D. Hicks*
       Aubrie D. Hicks, WSBA #46446
9      2150 N. 107th Street, Ste. 440
       Seattle, WA 98133
10     P: 206-492-5183
       F: 206-691-8709
11     E: aubrie@dobsonhicks.com
       *Attorney for Plaintiff*
12
   SEYFARTH SHAW LLP
13
   By: */s/ Helen McFarland*
14     Helen McFarland, WSBA #51012
       999 Third Avenue, Ste. 4700
15     Seattle, WA 98104
       P: (206) 946-4923
16     E: hmcfarland@seyfarth.com
       *Attorney for Defendant*
17

18

19

20

21

22

23

STIPULATED REQUEST TO EXTEND
DISCOVERY CUT-OFF; [PROPOSED] ORDER - **2**
(CASE NO. 20-CV-05715-BJR)

**ORDER**

Based on the stipulation of the parties (Dkt. No. 22), the Court ORDERS that the discovery deadline is extended to April 28, 2021. By separate order entered today, the Court is directing the parties to submit a joint status report to the Court by April 23, 2021, to propose revisions to the case schedule. If either party wishes to seek a further extension of the discovery deadline, such a request may be included in the joint status report.

Dated April 12, 2021.

s/Barbara J. Rothstein<br>Barbara Jacobs Rothstein<br>U.S. District Court Judge