THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE HADLEY, an individual, | NO. 3:20-cv-05715 |
| Plaintiff, | **STIPULATED MOTION TO DISMISS WITH PREJUDICE AND ORDER** |
| v. | |
| FOSTER FARMS LLC, a Washington limited liability company; FOSTER POULTRY FARMS DBA FOSTER POULTRY FARMS INCORPORATED, a Washington corporation, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 10(g), Plaintiff Stephanie Hadley and Defendant Foster Poultry Farms dba Foster Poultry Farms Incorporated ("Foster Farms"), by and through their respective counsel of record, hereby stipulate that this case should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

//

//

//

STIPULATED MOTION TO DISMISS WITH
PREJUDICE AND ORDER - **1**
(CASE NO. 20-CV-05715-BJR)

WASHINGTON CIVIL & DISABILITY ADVOCATE

By:   */s/ Conrad Reynoldson*
    Conrad Reynoldson, WSBA #48187
    Washington Civil & Disability Advocate
    4115 Roosevelt Way NE, Suite B
    Seattle, WA 98105
    P: (206) 428-3558
    E: Conrad@wacda.com
    *Attorney for Plaintiff*

By:   */s/ Marielle Maxwell*
    Marielle Maxwell, WSBA #54957
    Washington Civil & Disability Advocate
    4115 Roosevelt Way NE, Suite B
    Seattle, WA 98105
    P: (206) 455-6430
    E: Marielle@wacda.com
    *Attorney for Plaintiff*

DOBSON HICKS PLLC

By:   */s/ Aubrie D. Hicks*
    Aubrie D. Hicks, WSBA #46446
    2150 N. 107th Street, Ste. 440
    Seattle, WA 98133
    P: (206) 492-5183
    F: (206) 691-8709
    E: aubrie@dobsonhicks.com
    *Attorney for Plaintiff*

SEYFARTH SHAW LLP

By:   */s/ Helen M. McFarland*
    Helen McFarland, WSBA #51012
    999 Third Avenue, Ste. 4700
    Seattle, WA 98104
    P: (206) 946-4923
    E: hmcfarland@seyfarth.com
    *Attorney for Defendant*

**ORDER**

It is so ORDERED. This case is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

Dated: July 28, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Judge